THOMAS NELSON, Respondent, *v.* EDWARD S. HATCH, Appellant, Impleaded with Another.

*Nelson* v. *Hatch,* 70 App. Div. 206, affirmed.
(Argued April 1, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*David B. Hill* and *William A. Keener* for appellant.

*Edwin Countryman, Thomas Darlington* and *Thomas Nelson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Absent: BARTLETT, J.